FILED
NOV 23 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARON O. MCCONNELL,<br>    Plaintiff,<br>    v.<br>COUNTY OF LOS ANGELES, et al.,<br>    Defendant. | Case No. CV 08-7136-RGK (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein including the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations of the United States Magistrate Judge in the Report and Recommendation and orders the action be dismissed with prejudice.

Dated: NOV 19 2009

R. Gary Klausner
United States District Judge