JS - 6/ENTER

FILED
NOV 23 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARON O. MCCONNELL, | Case No.  CV 08-7136-RGK  (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: November 20, 2009

_R. Gary Klausner_
United States District Judge